UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD STICKNEY, | ) | |
| Plaintiff, | ) | No. C03-5775 BZ |
| v. | ) | |
| EL FARO, INC.; WING-FOUR CORNERS, LLC; and DOES 1 through 35, Inclusive, | ) ) ) | **ORDER TERMINATING CONSENT DECREE** |
| Defendants. | ) | |

The court having been advised that defendant has completed the injunctive relief, **IT IS HEREBY ORDERED** pursuant to paragraph 13 or the Consent Decree and Order entered September 16, 2004, that the term of the consent decree is ended and the case is **DISMISSED** with prejudice. The clerk shall close the file. Any pending dates are **VACATED**.

Dated: September 7, 2005

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\STICKNEY\DISMISSAL.ORDER.wpd

1